AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

United States of America  )
v.  )
  )
  ) Case No. 1:26-mj-_103_
HECTOR ANTONIO AMAYA FLORES  )
  )
  )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____March 29, 2026____ in the county of ____Marion____ in the ____Eastern____ District of ____Tennessee____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Herron, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: ____03/31/2026____

City and state: ____Chattanooga, Tennessee____    Hon. Mike J. Dumitru, U.S. Magistrate Judge
*Printed name and title*

Case 1:26-mj-00103-MJD    Document 1    Filed 03/31/26    Page 1 of 1    PageID #: 1