UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-00103-MJD |
| | ) | |
| HECTOR ANTONIO AMAYA FLORES | ) | |

**MEMORANDUM AND ORDER**

Defendant Hector Antonio Amaya Flores came before the Court for an initial appearance on April 1, 2026, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on a Criminal Complaint ("Complaint") supported by an Affidavit [Doc. 1] in the above matter (the "Hearing"). Present at the Hearing were United States Attorney Kevin Brown; Attorney Christopher Meadows, with Federal Defender Services of Eastern Tennessee ("FDSET"); and Spanish interpreter Nikolaj Widenmann.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed FDSET Attorney Christopher Meadows to represent Defendant.

The Court determined that Defendant had been provided with and reviewed with counsel a copy of the Complaint and Affidavit. The Court determined that Defendant was able to understand the Complaint with the assistance of his counsel and the interpreter. In addition, AUSA Kevin Brown explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that he understood the charges in the Complaint.

The Government moved that Defendant be detained pending disposition of the Complaint or further Order of this Court. Defendant waived his right to an immediate detention hearing but reserved the right to request a detention hearing at a later date.

The Government announced its intent to present this matter to the grand jury for an indictment in the near future. Accordingly, the Court tentatively set this matter for an initial appearance on the forthcoming indictment or a preliminary hearing on the Complaint on April 16, 2026, at 10:00 a.m.

Accordingly, the Court **ORDERS** that:

(1) An initial appearance on an indictment or a preliminary hearing will tentatively be set on **April 16, 2026 at 10:00 a.m.**.; and

(2) Defendant shall be **DETAINED WITHOUT BAIL** pending disposition of the

Complaint or further order of this Court.

        SO ORDERED.

        ENTER:

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE